# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LISA LOCKHART, ON HER OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

          **Plaintiffs,**

-vs-                                Case No. 6:07-cv-2038-Orl-28UAM

HAILEY CO. INCORPORATED, CDS
COURIER LGW, INC.,

          **Defendants.**

## ORDER

This case is before the Court on the Third Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 29) filed February 5, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 17, 2009 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Third Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment is **GRANTED** to the extent that the Court finds the Agreement is fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10__ day of March, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party